IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 OCT 18 PM 4:44

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| KATHLEEN FRONHOFER, Individually and on behalf of other similarly situated individual Consolidated Communications Holdings, Inc. employees,<br><br>*Plaintiff,*<br><br>vs.<br><br>CONSOLIDATED COMMUNICATIONS HOLDINGS, INC.,<br><br>*Defendant.* | DOCKET NO. 2:18-CV-35 |

## ORDER GRANTING JOINT MOTION TO CONTINUE THE STIPULATED DISCOVERY SCHEDULE DEADLINES

Comes now Plaintiff Kathleen Fronhofer ("Plaintiff") and Defendant Consolidated Communications Holdings, Inc.'s ("Consolidated") Joint Motion to Continue the Stipulated Discovery Schedule Deadlines filed on October 18, 2018. After careful consideration of said Motion, the Motion is hereby **GRANTED**. Accordingly, the deadlines set forth in the Stipulated Discovery Order [Dkt. 14] are hereby amended as follows:

6. The parties shall serve all interrogatories and requests for production on or before January 4, 2019.

7. Depositions of all non-expert witnesses shall be completed by February 4, 2019.

8. Plaintiff shall submit expert witness reports on or before November 30, 2018. Depositions of plaintiff's expert witnesses shall be completed by December 14, 2018.

9. Defendant shall submit expert witness reports on or before December 28, 2018. Depositions of defendant's expert witnesses shall be completed by January 11, 2019.

11. The parties shall serve all requests for admission on or before January 4, 2019.

12. All discovery shall be completed by February 4, 2019.

14. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before March 15, 2019.

15. This case shall be ready for trial by April 29, 2019.

Signed this __18th__ day of __October__, 2018.

_____
Judge Reiss
United States District Judge

ORDER GRANTING JOINT MOTION TO CONTINUE THE STIPULATED
DISCOVERY SCHEDULE DEADLINES– Page 2