**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
**BURLINGTON, VERMONT 05402-0945**

**JEFFREY S. EATON**
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

❏ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

December 6, 2018

Richard T. Cassidy, Esq.
Richard Cassidy Law
Suite D5, Pierson House
1233 Shelburne Road
South Burlington, VT 05403

Elizabeth K. Rattigan, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190

Alan J. Marcuis, Esq.
Amber M. Rogers, Esq.
Hunton Andrews Kurth LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202

Re:   *Fronhofer v. Consolidated Communications Holdings, Inc.*
      Docket No.  2:18-cv-35-cr

Dear Counsel:

I am writing to you regarding the Early Neutral Evaluation (ENE) process in the above-captioned matter.  An Order granting the Joint Motion to Amend the Discovery Schedule/Order (Doc. 26) was docketed recently, and although the parties had previously scheduled an ENE session in this matter, there was no mention of ENE in the Order.  Therefore, please *file*[1] a response with the Court by **December 13, 2018**, containing a date and time certain for the ENE session.

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Emerson Howe*
Deputy Clerk
(802) 951-8113

cc:    Michael J. Marks

---

[1] Use CM/ECF event: *Other Documents – Response*, link response to this letter.