IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| **KATHLEEN FRONHOFER,** Individually and on behalf of other similarly situated individual Consolidated Communications Holdings, Inc. employees,<br><br>*Plaintiff,*<br><br>vs.<br><br>**CONSOLIDATED COMMUNICATIONS HOLDINGS, INC.,**<br><br>*Defendant.* | §§§§§§§§§§§§§§§ | **DOCKET NO. 2:18-CV-35** |

## ORDER GRANTING JOINT MOTION TO CONTINUE THE STIPULATED DISCOVERY SCHEDULE DEADLINES

Comes now Plaintiff Kathleen Fronhofer ("Plaintiff") and Defendant Consolidated Communications Holdings, Inc.'s ("Consolidated") Joint Motion to Continue the Stipulated Discovery Schedule Deadlines filed on May 30, 2019. After careful consideration of said Motion, the Motion is hereby **GRANTED**. Accordingly, the deadlines set forth in the Stipulated Discovery Order [Dkt. 14], as amended by the Order Granting Joint Motion to Continue the Stipulated Discovery Schedule Deadlines [Dkt. 32], are hereby amended as follows:

6. The parties shall serve all interrogatories and requests for production on or before July 31, 2019.

7. Depositions of all non-expert witnesses shall be completed by August 30, 2019.

10. The Early Neutral Evaluation session shall be conducted no later than September 6, 2019. The parties have agreed that Michael Marks will serve as the neutral evaluator.

11. The parties shall serve all requests for admission on or before July 31, 2019.

12. All discovery shall be completed by August 30, 2019.

14. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before September 23, 2019.

15. This case shall be ready for trial by December 2, 2019.

Signed this 30th day of May, 2019.

Judge Reiss
United States District Judge