IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| KATHLEEN FRONHOFER, Individually and on behalf of other similarly situated individual Consolidated Communications Holdings, Inc. employees,<br><br>   *Plaintiff*,<br><br>vs.<br><br>CONSOLIDATED COMMUNICATIONS HOLDINGS, INC.,<br><br>   *Defendant*. | DOCKET NO. 2:18-CV-35 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the Parties, by and through their respective counsel, and hereby stipulate that the above-caption matter may be DISMISSED WITH PREJUDICE.

Dated: February 26, 2020

Respectfully submitted and agreed to by:

/s/ Matthew M. Shagam
Matthew M. Shagam, Esq.
Rich Cassidy Law
1233 Shelburne Road. Suite D5
South Burlington, VT 05403
Phone: 802-864-8144
matt@richcassidylaw.com

**ATTORNEY FOR PLAINTIFF**

/s/ Amber M. Rogers
Alan J. Marcuis, *pro hac*
Texas State Bar No. 24007601
amarcuis@huntonAK.com
Amber M. Rogers, *pro hac*
Texas State Bar No. 24056224
arogers@huntonAK.com
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
(214) 979-3000 Main
(214) 979-3929 Facsimile
(214) 468-3308 Direct

/s/ Elizabeth K. Rattigan
Elizabeth K. Rattigan
Downs Rachlin Martin PLLC
67 Etna Road

RICH CASSIDY LAW
LAWYERS FOR PEOPLE
Suite D5
1233 Shelburne Road
South Burlington, VT 05403

1

Lebanon, NH 03766
Phone – (603) 448-2211
E-mail - erattigan@drm.com

**ATTORNEYS FOR DEFENDANT**

SO ORDERED:

Dated: 2/26/20

_____
U.S. District Court Judge

RC LAW
RICH CASSIDY LAW
LAWYERS FOR PEOPLE
Suite D5
1233 Shelburne Road
South Burlington, VT 05403